**U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **D.P. Legal Guardian for JANE DOE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| V. ) | Case No.: 4:17-CV-00308-AFG |
| ) | |
| **RANDY ESPHORST, GASCONADE,** ) | |
| **COUNTY, MISSOURI,** ) | |
| **HERMANN POLICE DEPARTMENT,** ) | |
| **MARTY RAINEY, CITY OF ROSEBUD,** ) | |
| **AND JOHN DOE,** ) | |
| ) | |
| **Defendants.** ) | |

**STIPULATED DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff and Defendants Randy Esphorst and Gasconade County, Missouri, by and through their respective attorneys, and pursuant to Rule 41(a)(1), Fed.R.Civ.P., hereby stipulate and agree that Plaintiff's claims against Defendants Randy Esphorst and Gasconade County, Missouri, may and shall be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

| | |
|---|---|
| */s/ Adam Goffstein* | */s/ Daniel Orlowsky* |
| Adam Goffstein, 45611 | Daniel J. Orlowsky, #MO57387 |
| 7777 Bohomme Avenue, Suite 1910 | 7777 Bonhomme Avenue, Suite |
| Clayton, MO 63105 | Clayton, Missouri 63105 |
| T: (314) 725-5151 | Phone: 314-725-5151 |
| F: (314) 725-5161 | Facsimile: 314-725-5161 |
| adam@goffsteinlaw.com | Dan@orlowskylaw.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |

1

*/s/ Chris Rackers*
Chris Rackers, 41894
*Schreimann and Rackers, L.L.C.*
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
T: (573) 634-7580
F: (573) 635-6034
cpr@srfblaw.com

*Attorneys for Defendants Randy Esphorst
and Gasconade County, Missouri*