UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| D.P. LEGAL GUARDIAN FOR JANE DOE,<br>    Plaintiff,<br><br>v.<br><br>CITY OF HERMANN, MISSOURI, Et al.,<br>    Defendants. | Case No. 4:17-CV-00308-AGF |

## STIPULATED DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendant, City of Rosebud, by and through their respective attorneys, and pursuant to Rule 41(a)(1), Fed.R.Civ.P., hereby stipulate and agree that Plaintiff's claims against Defendant City of Rosebud, may and shall be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

                    Respectfully submitted,

| | |
|---|---|
| GOFFSTEIN LAW, LLC | ORLOWSKY LAW, LLC |
| /s/Adam M. Goffstein | /s/Daniel J. Orlowsky |
| Adam M. Goffstein, #MO45611 | Daniel J. Orlowsky, #57387 |
| 7777 Bonhomme Avenue, Suite 1910 | 7777 Bonhomme Avenue, Suite 1910 |
| Clayton, Missouri  63105 | Clayton, Missouri  63105 |
| Phone:  (314) 725-5151 | Phone:  (314) 725-5151 |
| Facsimile:  (314) 725-5161 | Facsimile (314) 725-5161 |
| Adam@goffsteinlaw.com | Dan@orlowskylaw.com |
| Attorney for Plaintiff | Attorney for Plaintiff |

PAULE, CAMAZINE & BLUMENTHAL, PC
   A Professional Corporation


/s/ D. Keith Henson
D. Keith Henson, #31988MO
165 North Meramec Avenue, Suite 110
Clayton, Missouri  63105
Telephone (314) 727-2266
Facsimile:  (314) 727-2101
khenson@pcblawfirm.com
Attorney for Defendant City of Rosebud, Missouri